IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JEFF AND MELANIE HOWELL                                              PLAINTIFFS

V.                                                    CIVIL ACTION NO.:1:07CV99-SA-JAD

MONROE COUNTY SCHOOL DISTRICT                           DEFENDANT

**ORDER DENYING MOTION TO DISMISS**

Pursuant to an opinion issued today, it is hereby **ORDERED** that:

(1)     the Defendant's Motion to Dismiss is **DENIED**; therefore,

(2)     the parties are instructed to contact the magistrate judge within 10 days of this Order to schedule a case management conference; therefore,

(3)     the clerk is directed to lift the stay on this case.

SO ORDERED, this the 24th day of June 2008.

                                                             /s/ Sharion Aycock
                                                             U. S. DISTRICT COURT JUDGE