IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JEFF AND MELANIE HOWELL                                                        PLAINTIFFS

V.                                                 CIVIL ACTION NO.:1:07CV99-SA-JAD

MONROE COUNTY SCHOOL DISTRICT                            DEFENDANT

**ORDER OF DISMISSAL**

THIS MATTER, having come before the Court by Joint Stipulation of Dismissal [37] filed by counsel for Plaintiffs, Jeff and Melanie Howell, and the Defendant, Monroe County School District, it is hereby ORDERED, ADJUDGED, and DECREED that all claims against Defendant Monroe County School District in this matter are dismissed with prejudice, with each party to bear its own costs.

SO ORDERED, this the 15th day of April, 2009.

                                                                       /s/ Sharion Aycock
                                                                       **U. S. DISTRICT COURT JUDGE**